IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW MONCADA,

     Petitioner,                          No. CIV S-10-3285 JAM GGH P

   vs.

K. ALLISON, Warden,

     Respondent.                     ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a notice of appeal of this court's December 16, 2011 denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

/////

/////

1  For the reasons set forth in the magistrate judge's October 26, 2011 findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right. Accordingly, a certificate of appealability should not issue in this action.
4  The Clerk of the Court shall serve the United States Court of Appeals for the
5  Ninth Circuit with a copy of this order.
6  IT IS SO ORDERED.
7  DATED: June 14, 2012

/s/ John A. Mendez
9  UNITED STATES DISTRICT COURT JUDGE