IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW MONCADA,

   Petitioner,       No. CIV S-10-3285 JAM GGH P

  vs.

K. ALLISON, Warden,

   Respondent.      ORDER

_____/

   Petitioner, a state prisoner proceeding pro se, has filed a notice of appeal of this court's December 16, 2011 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

   A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1          For the reasons set forth in the magistrate judge's October 26, 2011 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

         The Clerk of the Court shall serve the United States Court of Appeals for the Ninth Circuit with a copy of this order.

         IT IS SO ORDERED.

DATED:  June 14, 2012

         /s/ John A. Mendez
         UNITED STATES DISTRICT COURT JUDGE